1  FRANK N. DARRAS #128904
2  MICHAEL B. HORROW #162917
   SHERNOFF BIDART & DARRAS, LLP
3  Lakeview Center, Suite 300
4  3257 East Guasti Road
   Ontario, CA  91761
5  Telephone:  (909) 390-3770
6  Facsimile:   (909) 974-2121
   E-mail:  fdarras@sbd-law.com
7  E-mail:  mhorrow@sbd-law.com
8  Attorneys for Plaintiffs
9
   J. RUSSEL STEDMAN # 117130
10 WILLIAM LEE # 148652
11 BARGER & WOLEN, LLP
   650 California Street, 9th Floor
12 San Francisco, CA  94108
13 Phone:  (415) 434-2800
   Fax:  (415) 434-2533
14 E-mail:  jrstedman@barwol.com
15 E-mail:  wlee@barwol.com
16 Attorney for Defendants

17                    UNITED STATES DISTRICT COURT
18
19                   NORTHERN DISTRICT OF CALIFORNIA

| 20  OSCAR RIVAS | Case No.: C 052998 CW |
|---|---|
| 21                    Plaintiff, | STIPULATION TO APPEAR |
| 22 | TELEPHONICALLY FOR |
| 23       vs. | DECEMBER 2, 2005 CASE |
|  | MANAGEMENT CONFERENCE |
| 24  METROPOLITAN LIFE INSURANCE |  |
| 25  COMPANY; LONG TERM | Date:  December 2, 2005 |
| 26  DISABILITY PLAN FOR BANK OF | Time:  1:30 p.m. |
|      AMERICA CORPORATION | Ctrm:  2 |
| 27 |  |
| 28                   Defendants. |  |

1  TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND
2  THEIR ATTORNEYS OF RECORD:
3      Plaintiff OSCAR RIVAS (herinafter "RIVAS") and Defendants
4  METROPOLITAN LIFE INSURANCE COMPANY (herinafter "MET LIFE"), by
5  and through their respective counsel of record, hereby stipulate and respectfully
6  request that the Plaintiff's counsel appear telephonically for the December 2, 2005
7  Case Management Conference as counsel's principal place of business is located in
8  Ontario, California.
9      For the reasons stated above, IT IS HEREBY STIPULATED AND
10 AGREED by and between the parties and their respective counsel of record, and it
11 is respectfully requested that Plaintiff's counsel appear telephonically.
12
13 DATED: November 17, 2005    SHERNOFF BIDART & DARRAS, LLP
14
15
16     FRANK N. DARRAS
    MICHAEL B. HORROW
17     Attorneys for Plaintiff
    OSCAR RIVAS
18
19
20
21 DATED: November 8, 2005    BARGER & WOLEN, LLP
22
23
24     J. RUSSEL STEDMAN
    WILLIAM LEE
25     Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE CO.
26
27
28

[~~PROPOSED~~] ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1.  That Plaintiff's counsel appear telephonically for the December 2, 2005 Case Management Conference.

DATED: 11/28/05                                    _____
                                                   United States District Judge



IT IS SO ORDERED
Judge Claudia Wilken

Case No: C 052998 CW

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 E. Guasti Road, Suite 300, Ontario, CA 91761.

On **November 21, 2005**, I served the foregoing document described as **STIPULATION TO APPEAR TELEPHONICALLY FOR DECEMBER 2, 2005 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

William Lee, Esq.
BARGER & WOLEN, LLP
650 California Street, 9th Floor
San Francisco, CA  94108
Phone: (415) 434-2800
Fax: (415) 434-2533

Attorney for Defendants

[X] BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ] BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **November 21, 2005**, at Ontario, California.

_____
FRANCESCA LOPEZ