```
 1  J. Russell Stedman (117130)
    William Lee (148652)
 2  Jordan S. Altura (209431)
    BARGER & WOLEN LLP
 3  650 California Street, 9th Floor
    San Francisco, California 94108
 4  Telephone: (415) 434-2800
    Facsimile:  (415) 434-2533A
 5
    Attorneys for Defendant
 6  METROPOLITAN LIFE INSURANCE COMPANY
    and LONG TERM DIABILITY PLAN FOR BANK OF
 7  AMERICAN CORP.

 8  Frank N. Darras (128904)
    Michael B. Horrow (162917)
 9  SHERNOFF BIDART & DARRAS, LLP
    Lakeview Center, Suite 300
10  3257 E. Guasti Road
    Ontario, CA  91762
11  Telephone: (909) 390-3770
    Facsimile:  (909) 974-2121
12
    Attorneys for Plaintiff
13  OSCAR RIVAS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RIVAS, | CASE NO.: C 05-2998 CW |
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION DATE DEADLINE AND** [PROPOSED] **ORDER** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; LONG TERM DISABILITY PLAN FOR BANK OF AMERICA CORPORATION, | |
| Defendants. | |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

i:\office7\7197\109\06pleading\stip to extend mediation deadline.doc                C–05-2998 CW

STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION

1  Plaintiff Oscar Rivas ("Plaintiff"), together with Defendants Metropolitan Life Insurance
2  Company and Citigroup Long Term Disability Plan (collectively "Defendants"), by and through
3  their counsel of record, hereby stipulate to the following:

4  1.  On December 2, 2005, a Case Management Conference was held before the Court.
5  Following the Case Management Conference, the Court issued a Case Management Order referring
6  the case to private mediation, as agreed by the parties. The Case Management Order further
7  ordered that the private mediation be completed by February 28, 2006.

8  2.  Due to scheduling difficulties and conflicts for the parties and the mediator, the
9  parties were unable to schedule and complete the mediation by the February 28, 2006 deadline.
10 Currently, the parties have scheduled a mediation to take place on Wednesday, March 15, 2006 at
11 10:00 a.m. The parties have selected Catherine Yanni, Esq., of JAMS-ADR Services to serve as the
12 mediator. The continuance will have no impact or affect the existing schedule set forth in the Case
13 Management Order. As stated in the Order, the parties are required to submit briefs commencing in
14 September 2006 with a hearing to take place on October 20, 2006.

15 3.  Pending the Court's approval, the parties agree to extend the deadline to complete
16 the private mediation of this matter to March 15, 2006.

17 **IT IS SO STIPULATED.**
18 Dated: January 31, 2006                                   BARGER & WOLEN LLP
19
20                                                          By      /s/
                                                            William Lee
21                                                          Attorney for Defendants
                                                            METROPOLITAN LIFE
22                                                          INSURANCE COMPANY and
                                                            LONG TERM DISABILITY PLAN
23                                                          FOR BANK OF AMERICA
                                                            CORPORATION

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-                                                                    C-05-2998 CW
STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION

Dated: Feb 1, 2006

SHERNOFF BIDART & DARRAS, LLP

By _____
Michael B. Horrow
Attorney for Plaintiff
OSCAR RIVAS

## ORDER

For good cause showing, the Court orders that the deadline for completing the private mediation be continued and extended to March 15, 2006.

IT IS SO ORDERED.

Dated: 2/6, 2006

_____
The Honorable Claudia Wilken
U.S. District Court Judge

IT IS SO ORDERED
Claudia Wilken
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-                                                                C-05-2998 CW
STIPULATION TO EXTEND DEADLINE FOR COMPLETING MEDIATION